
E-FILED
Thursday, 07 June, 2007  02:36:54 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 07-3076 ) |
| JEWELL SUMRALL d/b/a DIAMOND SCAFFOLD SERVICES, | ) ) ) ) |
| Defendant. | ) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause coming on to be heard on Plaintiffs' Motion for Default Judgment, and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon Defendant, Jewell Sumrall d/b/a Diamond Scaffold Services, and Defendant having failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded Default Judgment against Defendant, Jewell Sumrall d/b/a Diamond Scaffold Services, as follows:

A.  Judgment is awarded in favor of the Plaintiffs and against the

1

Defendant for $8058.10 representing amounts due for April and May 2006.

  B. Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs.

  C. Defendant is ordered to pay to the Plaintiffs, their attorney's fees in the amount of $1,831.89, as provided by ERISA, 29 U.S.C. § 1132(g)(2);

  D. Defendant is ordered to pay all costs attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER: June 7, 2007.

  FOR THE COURT:

           s/ Jeanne E. Scott
           JEANNE E. SCOTT
         UNITED STATES DISTRICT JUDGE